# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CR-60-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| EMILIA VALENCIA JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Obtain Interpreter Voucher" (document #10) filed May 16, 2012, seeking the appointment of Falls Seagrave to assist counsel in representing the Defendant.

Pursuant to 18 U.S.C. §3006(A)(e), the Court shall authorize counsel to obtain investigative, expert, or other services whenever it is determined that such services are necessary for adequate representation and that the person is financially unable to obtain them.

For the reasons set forth in the Motion, the Court finds such services are necessary for adequate representation and that Defendant is financially unable to obtain them.

**IT IS THEREFORE ORDERED**:

1. Falls Seagrave, 1025 Westchester Blvd., Charlotte, North Carolina 28205, SS# 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, is appointed interpreter in the above case.

2. The Clerk shall prepare Form CJA 21 appointing Mr. Seagrave as interpreter and mail the form to defense counsel for his signature and for delivery to the interpreter;

3. Compensation for these services shall not exceed $2,400 (18 USC §3006A(e)(3));

4. The Clerk is directed to send a copy of this Order to defense counsel.

**SO ORDERED**.

Signed: May 16, 2012

David S. Cayer
United States Magistrate Judge